United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSE ANTONIO RODRIGUEZ,                    Case No. 23-cv-00294-HSG

8              Plaintiff,                       **ORDER OF DISMISSAL**

9         v.

10   WORLD WORLD WAY, et al.,

11             Defendants.

12

13        Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983.  ECF No. 1.  On May 2,

14   2023, the Court reviewed the complaint and dismissed it with leave to amend because it was

15   incomprehensible.  ECF No. 7.  The Court informed Plaintiff that the failure to file an amended

16   complaint by May 31, 2023, would result in the dismissal of this action without further notice.  *Id.*

17   The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended

18   complaint nor otherwise communicated with the Court.  Accordingly, for the foregoing reasons

19   and for the reasons stated in the Court's May 2, 2023 Order of Dismissal with Leave to Amend,

20   this action is DISMISSED.  The dismissal is without prejudice to filing a motion to reopen

21   accompanied by a proposed amended complaint that states a cognizable claim for relief and

22   explaining why Plaintiff failed to timely file an amended complaint.  The Clerk shall enter

23   judgment in favor of Defendants and against Plaintiff, and close the file.

24        **IT IS SO ORDERED.**

25   Dated:   6/26/2023

26   _____

27   HAYWOOD S. GILLIAM, JR.
     United States District Judge

28