UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD WORLD WAY, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00294-HSG<br><br>**ORDER DENYING REQUEST TO REOPEN**<br><br>Re: Dkt. No. 10 |

Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On May 2, 2023, the Court reviewed the complaint and dismissed it with leave to amend by May 30, 2023 because the complaint was incomprehensible. Dkt. No. 7. On June 26, 2023, the Court dismissed this action because Plaintiff had not filed an amended complaint or otherwise communicated with the Court. Dkt. Nos. 8, 9. The dismissal was without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that states a cognizable claim for relief and explaining why Plaintiff failed to timely file an amended complaint. Dkt. No. 8. Plaintiff has filed a proposed amended complaint, Dkt. No. 10, which the Court construes as a motion to reopen.

The Court DENIES the motion to reopen because the proposed amended complaint fails to state a claim for relief. In the proposed amended complaint, Plaintiff names as defendants World World Way, the California Department of Corrections and Rehabilitation, and Coalinga State Hospital. In his statement of claim, Plaintiff writes: "Discrimination ADA patient" and again lists the same letters repeatedly, e.g. "AAA-cv-AAAAA-AAA," "BBB-cv-BBBBB-BBB," etc. In the section to list the parties, Plaintiff states that he has not received medication for years. Similar to the original complaint, the proposed amended complaint is incomprehensible. The Court therefore

1  DENIES the motion to reopen without prejudice to Plaintiff filing a motion to reopen
2  accompanied by a proposed amended complaint that states a cognizable claim for relief and
3  explaining why Plaintiff failed to timely file an amended complaint.
4      This order terminates Dkt. No. 10.
5      **IT IS SO ORDERED.**
6  Dated: 7/11/2023

                                                          _____
HAYWOOD S. GILLIAM, JR.
United States District Judge